UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIUSZ KUZIAN, JAMES G. BROWN AND DEBRA A. THOMAS-BROWN, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>Defendant. | Case No. 1:12-cv-03341-NLH-AMD |
| CHRISTOPHER LOPICCOLO, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>Defendant. | Case No. 1:12-cv-03930-NLH-AMD |

## ORDER CONSOLIDATING CASES

IT APPEARING:

That on June 1, 2012, <u>Mariusz Kuzian v. Electrolux Home Products, Inc.</u>, Case No. 1:12-cv-03341-NLH-AMD ("Kuzian Action") was filed in the United States

District Court for the District of New Jersey, which complaint was amended by the filing of an amended complaint on June 14, 2012;

That on May 14, 2012, Christopher Lopiccolo v. Electrolux Home Products, Inc., Case No. 2:12-cv-02397-ADS-ARL ("Lopiccolo Action") was filed in the United States District Court for the Eastern District of New York;

That pursuant to a Joint Stipulation and Consent Order dated June 22, 2012, the Honorable Arthur D. Spatt entered an order transferring the Lopiccolo Action from the Eastern District of New York to the District of New Jersey, which transfer was effected on June 27, 2012;

The Kuzian Action and the Lopiccolo Action have been assigned to the Honorable Noel L. Hillman, involve the same law firms representing the plaintiffs and the same law firms representing the defendant, involve the same party defendant, and involve similar causes of action;

That the Kuzian Action and the Lopiccolo Action are in their very beginning stages as Defendant Electrolux has not yet answered or otherwise moved with respect to either complaint;

That the consolidation for discovery and case management is in the interest of efficiency and judicial economy;

IT IS HEREBY ORDERED:

1. That Christopher Lopiccolo v. Electrolux Home Products, Inc., Case No. 1:12-cv-03930-NHL-AMD and Mariusz Kuzian v. Electrolux Home Products, Inc., Case No. 1:12-cv-03341-NLH-AMD are hereby consolidated for purposes of discovery and case management and assigned to the Honorable Noel L. Hillman, and

that this consolidated action shall proceed under the case number for the Kuzian Action, "Case No. 1:12-cv-03341-NLH-AMD."

2.  That the time within which Defendant Electrolux Home Products, Inc. may answer or otherwise move with respect to the complaints in the Kuzian Action and the Lopiccolo Action is hereby extended to August 27, 2012.

Dated: July 11, 2012

SO ORDERED:

*Noel L. Hillman*
HON. NOEL L. HILLMAN, U.S.D.J.

THE UNDERSIGNED HEREBY CONSENT TO THE
FORM AND ENTRY OF THE FOREGOING ORDER.

John N. Poulos, Esq.
Joseph LoPiccolo, Esq.
POULOS LOPICCOLO, PC
~~1305 South Roller Road~~
Ocean, New Jersey 07712
poulos@pllawfirm.com

　　/s/ *John N. Poulos*
*Attorneys for Plaintiffs*

Bruce H. Nagel, Esq.
Randee M. Matloff, Esq.
Diane E. Sammons, Esq.
NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
973-618-0400
bnagel@nagelrice.com
rmatloff@nagelrice.com
dsammons@nagelrice.com

ORLOFF, LOWENBACH, STIFELMAN
& SIEGEL, P.A.
101 Eisenhower Parkway
Roseland, New Jersey 07068-1097
973-622-6200
Attorneys for Defendant

*/s/ Jeffrey M. Garrod*
　Jeffrey M. Garrod
　jmg@olss.com