## NAGEL RICE, LLP
COUNSELLORS AT LAW

| | | |
|---|---|---|
| BRUCE H. NAGEL* | 103 EISENHOWER PARKWAY | OF COUNSEL |
| JAY J. RICE* | SUITE 103 | CARLETON R. KEMPH° |
| ROBERT H. SOLOMON | ROSELAND, NEW JERSEY 07068 | HARRY J. CARR◊ |
| BARRY M. PACKIN | (973) 618-0400 | |
| DIANE E. SAMMONS° | FAX: (973) 618-9194 | GREG M. KOHN° |
| LORI I. MAYER° | www.nagelrice.com | ANDREW I. PEPPER |
| RANDEE M. MATLOFF | | ALEX J. BUCKLEY□ |
| ANDREW L. O'CONNOR | | |

119 MAPLE AVENUE   230 PARK AVENUE
RED BANK, NJ 07701   **PLEASE REPLY TO**   NEW YORK, NY 10169
(732) 933-0900   **ROSELAND OFFICE**   (212) 551-1465

HARRY A. MARGOLIS
(1928-2002)

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
° MEMBER OF NJ & NY BARS
◊ MEMBER OF NJ & DC BARS
□ MEMBER OF NJ & MD BARS

April 1, 2013

**VIA ECF and FACSIMILE**
**856-757-5296**

Magistrate Judge Ann Marie Donio
United States District Judge
Mitchell H. Cohen Federal Courthouse
1 John F. Gerry Plaza
4th & Cooper Streets, Room 2010
Camden, NJ 08101

   Re:   *Kuzian v. Electrolux Home Products, Inc.*, Case No. 12-cv-3341-NHL-AMD; and *Irma Lederer v. Electrolux Home Products, Inc* 12-cv-3930-NLH-AMD

Dear Magistrate Judge Donio:

   This letter is submitted by Plaintiffs' counsel to request that the Court set this matter down for an initial scheduling conference pursuant to Local Civ. R. 16.1 now that Judge Hillman has denied Defendant's Motion to Dismiss the above referenced consolidated matter.

Thank you for your kind consideration in this regard.

                                        Very respectfully yours,

                                        **COUNSEL FOR PLAINTIFFS**

                                        **NAGEL RICE, LLP**

                                        Randee M. Matloff

                                        103 Eisenhower Parkway
                                        Roseland, NJ 07068
                                        (973) 618-0400
                                        RMatloff@nagelrice.com

**POULOS LOPICCOLO PC**
1305 South Roller Rd.
Ocean, New Jersey 07712
732-757-0165

cc:     All counsel of record (Via ECF)
        Clerk