UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ELECTROLUX HOME PRODUCTS ICE MAKER CASES, | Master Docket No. 1:12-cv-03341-NLH-AMD |
| | *Consolidated Actions* |
| MARIUSZ KUZIAN, JAMES G. BROWN AND DEBRA A. THOMAS-BROWN, on Behalf of Themselves and All Other Persons Similarly Situated, | Case No. 1:12-cv-03341-NLH-AMD |
| | PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS AND CLASS REPRESENTATIVES SERVICE AWARDS |
| Plaintiffs, | |
| v. | |
| ELECTROLUX HOME PRODUCTS, INC., | |
| Defendant. | |
| IRMA LEDERER, on Behalf of Herself and All Other Persons Similarly Situated, | Case No. 1:12-cv-03930 NLH-AMD |
| Plaintiff, | |
| v. | |
| ELECTROLUX HOME PRODUCTS, INC., | |
| Defendant. | |
| ROBERT BOVERO, on Behalf of Himself and All Others Similarly Situated | Case No. 1:13-cv-02063 NLH-AMD |
| Plaintiff, | |
| v. | |

|  |  |
|---|---|
| ELECTROLUX HOME PRODUCTS, INC., | : <br> : <br> : |
| Defendant. | : <br> : |
| ANTHONY PERLONGO AND ERIC P. FRANK, individually and on behalf of them- and All Others Similarly Situated, | : <br> : Case No. 1:13-cv-05677 <br> :            NLH-AMD <br> : <br> : <br> : |
| Plaintiff, | : |
| v. | : |
| ELECTROLUX HOME PRODUCTS, INC., | : <br> : |
| Defendant. | : |
| CAMERON WATTERS, Individually and on behalf of themselves, and All Others Similarly Situated, | : Case No. 1:14-cv-00349 <br> :            NLH-AMD <br> : <br> : <br> : |
| Plaintiff, | : |
| v. | : |
| ELECTROLUX HOME PRODUCTS, INC., | : <br> : |
| Defendant. | : |

PLEASE TAKE NOTICE that pursuant to this Court's October 6, 2015 Preliminary Approval Order, on February 10, 2016 at 1:00 p.m., or as soon thereafter as the Court shall direct, Representative Plaintiffs, Mariusz Kuzian, James G. Brown, Debra Thomas-Brown, Robert Bovero, Wanda Roebling, Anthony Perlongo, Eric Frank, Irma Lederer, and Cameron Watters Plaintiffs will move pursuant to Federal Rule of Civil Procedure 23(h)and the

terms of the Settlement Agreement before the Honorable Noel L. Hillman, U.S.D.J., for an order awarding attorneys' fees and reimbursement of expenses to Plaintiffs' counsel in an agreed upon amount not to exceed $2,750,000 and Class Representative Service Fees Awards in the amount of $5,000 each for Plaintiffs Mariusz Kuzian, James G. Brown, Robert Bovero, Anthony Perlongo, and Eric Frank, and $2,500 each for Plaintiffs Debra Thomas-Brown, Wanda Roebling, and Cameron Watters.

In support plaintiffs will rely upon Plaintiffs' Brief in Support of Motion for Agreed-Upon Attorneys' Fees and Expenses and Class Representative Service Fee Awards, and the Certification of Bruce H. Nagel.

Respectfully submitted this 24th day of December, 2015

                        NAGEL RICE, LLP

By:  /s/ *Bruce H. Nagel*
     Bruce H. Nagel, Esq.
     Randee Matloff, Esq.
     103 Eisenhower Parkway
     Roseland, NJ 07068
     (973) 618-0400
     Co-Lead Class Counsel

     POULOS LOPICCOLO PC
     John N. Poulos
     Joseph LoPiccolo
     1305 South Roller Rd.
     Ocean, New Jersey 07712
     Telephone: (732) 757-0165
     Co-Lead Class Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Bruce H. Nagel*
Bruce H. Nagel, Esq.
Randee Matloff, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 618-0400
Co-Lead Class Counsel

Dated: December 24, 2015