UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ELECTROLUX HOME PRODUCTS ICE MAKER CASES, | Master Docket No. 1:12-cv-03341-NLH-AMD |
| | Consolidated Actions |
| MARIUSZ KUZIAN, JAMES G. BROWN AND DEBRA A. THOMAS-BROWN, on Behalf of Themselves and All Other Persons Similarly Situated, | Case No. 1:12-cv-03341-NLH-AMD |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR FEES, EXPENSES AND CLASS REPRESENTATIVES SERVICE AWARDS |
| v. | |
| ELECTROLUX HOME PRODUCTS, INC., | |
| Defendant. | |
| IRMA LEDERER, on Behalf of Herself and All Other Persons Similarly Situated, | Case No. 1:12-cv-03930 NLH-AMD |
| Plaintiff, | |
| v. | |
| ELECTROLUX HOME PRODUCTS, INC., | |
| Defendant. | |
| ROBERT BOVERO, on Behalf of Himself and All Others Similarly Situated | Case No. 1:13-cv-02063 NLH-AMD |
| Plaintiff, | |
| v. | |

|  |  |
|---|---|
| ELECTROLUX HOME PRODUCTS, INC., <br><br>      Defendant. |  |
| ANTHONY PERLONGO AND ERIC P. FRANK, individually and on behalf of them- and All Others Similarly Situated, <br><br>      Plaintiff, <br>  v. <br><br>ELECTROLUX HOME PRODUCTS, INC., <br><br>      Defendant. | Case No. 1:13-cv-05677 NLH-AMD |
| CAMERON WATTERS, Individually and on behalf of themselves, and All Others Similarly Situated, <br><br>      Plaintiff, <br>  v. <br><br>ELECTROLUX HOME PRODUCTS, INC., <br><br>      Defendant. | Case No. 1:14-cv-00349 NLH-AMD |

    WHEREAS, Plaintiffs and Defendant Electrolux Home Products, Inc. ("Electrolux") entered into a Settlement Agreement subject to Court approval;

    WHEREAS the Court preliminarily approved the Settlement Agreement on October 6, 2015. (D.E. 150)

    WHEREAS, ¶IXB of the Settlement Agreement provides that Defendant has agreed not to oppose the amount of $2,750,000.000

2

to Plaintiffs' counsel for their attorneys' fees and expenses, subject to Court approval;

WHEREAS, Plaintiffs have filed a motion seeking the payment of $2,750,000.00 for their attorneys' fees and expenses, and the Court has been advised that Defendants do not oppose it.

WHEREAS, the Settlement Agreement also provides, in ¶VIII that Defendants agree to pay (and shall pay, if approved by the Court), Class Representative Service Awards totaling $32,500 to the Class Representatives, to be paid as follows: $5,000 each for Plaintiffs Mariusz Kuzian, James G. Brown, Robert Bovero, Anthony Perlongo, and Eric Frank, and $2,500 each for Plaintiffs Debra Thomas-Brown, Wanda Roebling, and Cameron Watters;

WHEREAS, Plaintiffs have filed a motion seeking approval of the payment of Class Representative Service Awards totaling $32,500.00 to the class representatives as set forth above, and the Court has been advised that Defendants do not oppose it.

WHEREAS, after considering Plaintiffs motion, Brief in support and Certification of Bruce H. Nagel, as well as any materials that may be filed in opposition thereto, and the Court having concluded that Plaintiffs' request for fees, expenses and payment of Class Representative Service Awards is reasonable, permissible under the applicable law and in accordance with the Settlement Agreement.

IT IS HEREBY ORDERED:

3

1. Plaintiffs' Unopposed Motion for an Award of Attorney's Fees, the reimbursement of expenses, and the approval of Class Representative Service Awards is hereby GRANTED.

2. Defendant shall pay Co-Lead Class Counsel $2,750,000.00 for attorneys' fees and expenses to be allocated in accordance with ¶IXD of the Settlement Agreement.

3. In accordance with the Settlement Agreement, Defendant shall also make an additional payment of $32,500.00 to Plaintiffs' Counsel and the Class Representatives as follows: $5,000 each for Plaintiffs Mariusz Kuzian, James G. Brown, Robert Bovero, Anthony Perlongo, and Eric Frank, and $2,500 each for Plaintiffs Debra Thomas-Brown, Wanda Roebling, and Cameron Watters.

4. Consistent with ¶IXD of the Settlement Agreement, these payments shall be made by Defendant within 30 days of the Effective Date.

IT IS SO ORDERED.

DATED: February 10, 2016

                                                                         _____
                                                                         HON. NOEL L. HILLMAN
                                                                         UNITED STATES DISTRICT JUDGE

4